UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SINATRA & COMPANY REAL ESTATE LLC,

                Plaintiff,

        vs.                                        Docket No.: 20-cv-41

NORTHERN SECURITY INSURANCE COMPANY,

                Defendant.
_____

### NOTICE OF REMOVAL

Defendant, Northern Security Insurance Company ("Northern Security"), files this Notice pursuant to 28 U.S.C. §§ 1441(b), 1446.

### Introduction

1. Plaintiff, Sinatra & Company Real Estate LLC ("Sinatra"), commenced this action by filing a summons and complaint in the Erie County Clerk's Office on November 27, 2019. Copies of plaintiff's summons and complaint are attached hereto as Exhibit A. Northern Security was not served with plaintiff's summons and complaint.

2. Subsequently, plaintiff filed an amended summons and complaint in the Erie County Clerk's Office on December 11, 2019. Copies of plaintiff's amended summons and complaint are attached hereto as Exhibit B. Northern Security was served with plaintiff's

amended summons and complaint, via substituted service, on or about December 12, 2019. A copy of plaintiff's affidavit of service is attached hereto as Exhibit C.

3. Northern Security is a corporation organized under the laws of the State of Vermont, with a principal place of business located at 89 State Street, Montpelier, Vermont 05601.

4. Northern Security timely files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## Nature of Suit

5. Plaintiff, in its amended summons and complaint, seeks damage for breach of an insurance contract following a fire loss that damaged its premises on or about September 23, 2017. *See* Exhibit B, ¶ 15.

## Basis for Removal

6. Removal is proper based upon diversity:

(A)  There is complete diversity between the proper parties to this lawsuit under 28 U.S.C. § 1332. Northern Security is a Vermont corporation organized under the laws

of the State of Vermont with its principal place of business in Montpelier, Vermont at the address identified above.

      (B)    According to the amended complaint, plaintiff is a limited liability corporation incorporated under the laws of the State of Delaware with its principal place of business in Erie County, New York. *See* Exhibit B, ¶ 2.

      (C)    Upon information and belief, all of plaintiff's members are citizens of the State of New York.

      (D)    The amount in controversy exceeds $75,000. Plaintiff's amended complaint seeks damages not less than $253,630.77 in replacement costs and $35,156.00 in lost business income. *See* Exhibit B, ¶¶ 36, 45.

      (E)    True copies of the amended summons and complaint are attached hereto and incorporated by reference. *See* Exhibit B. Northern Security was served with plaintiff's amended summons and complaint, via substituted service, on or about December 12, 2019, when plaintiff served the amended summons and complaint on Northern Security through its statutory agent, the New York State Department of Financial Services. *See* Exhibit C.

      (F)    Thus far, plaintiff's amended summons and complaint are the only documents that have been served in the State Court action. Northern Security's index of all

documents filed in the State Court action is attached hereto as Exhibit D. Individually tabbed and arranged copies of said documents in chronological order are attached hereto as Exhibits A, B, and C, respectively.

### The Notice of Removal is Procedurally Correct

7. Northern Security's Notice of Removal procedurally is correct as there is diversity among the parties at issue in this case, and the amount in controversy exceeds $75,000.

8. As required by 28 U.S.C. § 1446(b), Northern Security has filed this Notice of Removal within 30 days of receiving plaintiff's initial pleadings.

9. Also as required by 28 U.S.C. § 1446(b), Northern Security has filed this Notice within one year of the commencement of this action.

10. Northern Security attaches to this Notice all pleadings, process, orders and all other filings in the State Court action as required by 28 U.S.C. § 1446(a) and this Court's local rules.

11. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the Western District of New York includes the place in which the state action has been pending.

12.     Northern Security properly will file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending and a copy of this Notice of Removal, with exhibits, will be served on plaintiff as is required by the Local Rules of Practice.

Dated: January 10, 2020
      Buffalo, New York

                                      **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                      Attorneys for Defendant
                                      Northern Security Insurance Company


                                      By: s/ Marco Cercone
                                            Marco Cercone, Esq., of Counsel
                                      1600 Liberty Building
                                      Buffalo, New York 14202
                                      (716) 854-3400
                                      cercone@ruppbaase.com


**TO:**    **DUKE HOLZMAN PHOTIADIS & GRESENS LLP**
            Attorneys for Plaintiff
            Sinatra & Company Real Estate LLC
            (Christopher M. Berloth, Esq., of Counsel)
            701 Seneca Street, Suite 750
            Buffalo, New York 14210
            (716) 855-1111