AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Sinatra & Company Real Estate LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00041-LJV-HBS |
| Northern Security Insurance Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northern Security Insurance Company                                                                              .

Date:   10/07/2022                        *Christopher J. Sasiadek*
                                                    *Attorney's signature*

                                                    Christopher Sasidek - 5504873
                                                    *Printed name and bar number*

                                                    Rupp Baase Pfalzgraf Cunningham
                                                    1600 Liberty Building
                                                    Buffalo, New York 14202

                                                    *Address*

                                                    sasiadek@ruppbaase.com
                                                    *E-mail address*

                                                    (716) 854-3400
                                                    *Telephone number*

                                                    (716) 332-0336
                                                    *FAX number*