UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SINATRA & COMPANY REAL ESTATE LLC,

          Plaintiff,

vs.                                     Docket No.: 1:20-cv-00041-LJV-HBS

NORTHERN SECURITY INSURANCE COMPANY,

          Defendant.

---

## **STIPULATION OF DISMISSAL**

      WHEREAS, plaintiff and defendant have reached a settlement acceptable to both parties and

      WHEREAS the plaintiff has executed a general release with confidentiality provision;

      NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree and stipulate that plaintiff's complaint shall be dismissed with prejudice and on the merits, that each party shall bear their own fees and costs in connection with this action, and that the Clerk of the Court may file this Stipulation of Dismissal without providing further notice.

Dated: December 5, 2022
      Buffalo, New York

| | |
|---|---|
| **DUKE HOLZMAN PHOTIADIS & GRESENS LLP** | **RUPP BAASE PFALZGRAF CUNNINGHAM LLC** |
| By: _/s/_____ <br> Christopher M. Berloth, Esq. <br> Attorneys for Plaintiff <br> 701 Seneca Street, Suite 750 <br> Buffalo, New York 14210 <br> (716) 855-1111 <br> Fax No.: (716) 855-0327 <br> Email: cberloth@dhfglaw.com | By: _/s/_____ <br> Marco Cercone, Esq. <br> Attorneys for Defendant <br> 1600 Liberty Building <br> Buffalo, New York 14202 <br> Tel: (716) 854-3400 <br> Fax No: (716) 332-0336 <br> Email: cercone@ruppbaase.com |